KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER                    21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
SLAWOMIR PESKI and JANINA PESKA,                     DOCKET NO:
                                                     08 CV 2688
                    Plaintiffs,

        -against-

100 CHURCH, LLC, 111 WALL STREET, LLC
160 WATER STREET, INC., 160 WATER STREET
ASSOCIATES, 230 CENTRAL CO., LLC., 233
BROADWAY OWNERS, LLC., 90 CHURCH
STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., AMERICAN EXPRESS
BANK, LTD., AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC.,
BFP ONE LIBERTY PLAZA CO., LLC., BFP TOWER
C. CO., LLC., BFP TOWER C MM LLC.,
BLACKON-MOORING STEAMATIC CATASTOPHE,
INC., DBA BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD PARTNERS, LP., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
HOLDINGS INC., CITIBANK, NA. CITIGROUP,
INC., CUNNINGHAM DUCT CLEANING CO.,
INC., CUSHMAN & WAKEFIELD, 111 WALL

INC., CUSHMAN & WAKEFIELD, INC.,
ENVIROTECH CLEAN AIR., INC.,
G.L.O., MANAGEMENT, INC., GENERAL RE
SERVICES CORP., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES CO., LAW ENGINEERING, P.C., LEHMAN
BROTHERS HOLDINGS INC., LEHMAN BROTHERS,
INC., LEHMAN COMMERCIAL PAPER, INC.,
MERRILL LYNCH & CO., NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC., NEW LIBERTY PLAZA LP., NEW YORK
CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE LIBERTY PLAZA, ONE WALL STREET
HOLDINGS, LLC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC., STATE STREET
BANK AND TRUST COMPANY, AS OWNER
TRUSTEE OF ZSF/OFFICE NY TRUST,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC.,
THE BANK OF NEW YORK COMPANY, INC.,
THE BOARD OF MANAGERS OF THE
ONE LIBERTY PLAZA CONDOMINIUM
(CONDO # 1178), THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO # 1178),TOSCORP.,
INC., TRC ENGINEERS, INC., TRAMMELL
CROW CORPORATE SERVICES, INC., TRC
ENGINEERS, INC., TUCKER ANTHONY, INC.,
WFP ONE LIBERTY PLAZA, CO., L.P., WFP ONE
LIBERTY PLAZA CO., GP., CORP., WFP RETAIL
CO., G.P., CORP., WFP RETAIL CO., LP., WFP
TOWER A CO., G.P., CORP., WFP TOWER A.
CO., L.P., WFP TOWER B. CO., G.P. CORP.,
WFP TOWER B HOLDING CO., LP., WFP TOWER B.
CO., L.P., WORLD FINANCIAL PROPERTIES,
L.P., and  ZAR REALTY MANAGEMENT
CORP., et al.

                              **Defendants.**
-----------------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
      April 28, 2008

                                        <u>Kevin G. Horbatiuk</u>
                                        Kevin G. Horbatiuk (KGH4977)
                                        Matthew P. Mazzola (MM7427)
                                        Attorneys for Defendant
                                        **CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO.,
INC.**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway, 28th Floor
                                        New York, New York 10004
                                        (212) 482-0001
                                        RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiffs
         **SLAWOMIR PESKI and JANINA PESKA**
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 28th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**SLAWOMIR PESKI and JANINA PESKA,**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**