KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER         21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
SLAWOMIR PESKI and JANINA PESKA,          DOCKET NO:
                                          08 CV 2688
                    Plaintiffs,

       -against-

100 CHURCH, LLC, 111 WALL STREET, LLC
160 WATER STREET, INC., 160 WATER STREET
ASSOCIATES, 230 CENTRAL CO., LLC., 233
BROADWAY OWNERS, LLC., 90 CHURCH
STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., AMERICAN EXPRESS
BANK, LTD., AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS TRAVEL RELATED           NOTICE OF
SERVICES COMPANY, INC., ANN TAYLOR STORES ADOPTION OF
CORPORATION, BATTERY PARK CITY            ANSWER TO
AUTHORITY, BELFOR USA GROUP, INC.,        MASTER
BFP ONE LIBERTY PLAZA CO., LLC., BFP TOWER COMPLAINT
C. CO., LLC., BFP TOWER C MM LLC.,
BLACKON-MOORING STEAMATIC CATASTOPHE,
INC., DBA BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD PARTNERS, LP., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
HOLDINGS INC., CITIBANK, NA. CITIGROUP,
INC., CUNNINGHAM DUCT CLEANING CO.,
INC., CUSHMAN & WAKEFIELD, 111 WALL

INC., CUSHMAN & WAKEFIELD, INC.,
ENVIROTECH CLEAN AIR., INC.,
G.L.O., MANAGEMENT, INC., GENERAL RE
SERVICES CORP., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES CO., LAW ENGINEERING, P.C., LEHMAN
BROTHERS HOLDINGS INC., LEHMAN BROTHERS,
INC., LEHMAN COMMERCIAL PAPER, INC.,
MERRILL LYNCH & CO., NATIONAL
ASSOCIATION OF SECURITIES DEALERS,
INC., NEW LIBERTY PLAZA LP., NEW YORK
CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE LIBERTY PLAZA, ONE WALL STREET
HOLDINGS, LLC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC., STATE STREET
BANK AND TRUST COMPANY, AS OWNER
TRUSTEE OF ZSF/OFFICE NY TRUST,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC.,
THE BANK OF NEW YORK COMPANY, INC.,
THE BOARD OF MANAGERS OF THE
ONE LIBERTY PLAZA CONDOMINIUM
(CONDO # 1178), THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO # 1178),TOSCORP.,
INC., TRC ENGINEERS, INC., TRAMMELL
CROW CORPORATE SERVICES, INC., TRC
ENGINEERS, INC., TUCKER ANTHONY, INC.,
WFP ONE LIBERTY PLAZA, CO., L.P., WFP ONE
LIBERTY PLAZA CO., GP., CORP., WFP RETAIL
CO., G.P., CORP., WFP RETAIL CO., LP., WFP
TOWER A CO., G.P., CORP., WFP TOWER A.
CO., L.P., WFP TOWER B. CO., G.P. CORP.,
WFP TOWER B HOLDING CO., LP., WFP TOWER B.
CO., L.P., WORLD FINANCIAL PROPERTIES,
L.P., and ZAR REALTY MANAGEMENT
CORP., et al.

        **Defendants.**
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
April 30, 2008

    Kevin G. Horbatiuk
    Kevin G. Horbatiuk (KGH4977)
    Matthew P. Mazzola (MM7427)
    Attorneys for Defendant
    **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.,**
    RUSSO, KEANE & TONER, LLP
    26 Broadway, 28th Floor
    New York, New York 10004
    (212) 482-0001
    RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
    WORBY GRONER EDELMAN & NAPOLI BERN, LLP
    Attorney for Plaintiffs
    **SLAWOMIR PESKI and JANINA PESKA**
    115 Broadway 12th Floor
    New York, New York 10006
    (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of April, 2008.

> CHRISTOPHER R. LaPOLA, ESQ.,
> WORBY GRONER EDELMAN & NAPOLI BERN, LLP
> Attorney for Plaintiffs
> **SLAWOMIR PESKI and JANINA PESKA**
> 115 Broadway 12th Floor
> New York, New York 10006

*Kevin G Horbatiuk*
**KEVIN G. HORBATIUK**