UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION                                                                    21 MC 102
----------------------------------------------------------------x
SLAWOMIR PESKI AND JANINA PESKA,                      08 CIV 2688
        Plaintiffs,
   - against –

100 CHURCH, LLC, 111 WALL STREET LLC,
160 WATER ST., INC., 160 WATER STREET
ASSOCIATES, 230 CENTEIAL CO., LLC, 233
BROADWAY OWNERS, LLC, 90 CHURCH
STREET LIMITED PARTNERSHIP, ALAN
KASMAN DBA KASCO, AMBIENT GROUP,
INC., AMERICAN EXPRESS BANK, LTD,
AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BFP
ONE LIBERTY PLAZA CO., LLC,, BFP TOWER
C CO. LLC, BFP TOWER C MM LLC,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC D/B/A BMS CAT, BOSTON
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC, BROOICFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CITIBANK, NA, CITIGROUP,
INC, CUNNINGHAM DUCT CLEANING CO.,
INC., CUSHMAN & WAKEFIELD 111 WALL,
INC., CUSHMAN & WAKEFIELD, INC,
ENVIROTECH CLEAN AIR, INC, G.L.O.
MANAGEMENT, INC, GENERAL RE
SERVICES CORP., GPS ENVIRONMENTAL
CONSULTANTS, INC, HILLMAN
ENVIRONMENTAL GROUP, LLC, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., LAW
ENGINEERING P.C, LEHMAN BROTHERS
HOLDINGS INC., LEHMAN BROTHERS, INC.,
LEHMAN COMMERCIAL PAPER, INC.,
MERRILL LYNCH & CO, INC., NATIONAL

ASSOCIATIONOF SECURITIES DEALERS, INC, NEW LIBERTY PLAZA LP, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, NOMURA HOLDING AMERICA, INC, NOMURA SECURITIES INTERNATIONAL, INC, ONE LIBERTY PLAZA, ONE WALL STREETHOLDINGS, LLC, ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, STATE STREET BANK AND TRUST COMPANY, AS OWNER TRUSTEE OF ZSF/OFFICE NY TRUST, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK COMPANY, INC., THE BOARDOF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), TOSCORP INC., TRAMMELL CROW COMPANY, TRAMMELL CROW CORPORATE SERVICES, INC., TRC ENGINEERS, INC., TUCKER ANTHONY, INC., WESTON SOLUTIONS,INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WORLD FINANCIAL PROPERTIES, L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL

                           Defendants.

------------------------------------------------------------------x

**ENVIROTECH CLEAN AIR'S ANSWER TO COMPLAINT BY ADOPTION**

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
May 28, 2008

> Yours, etc.
>
> FRIEDMAN, HARFENIST, LANGER & KRAUT
> Attorneys for Defendant –Envirotech
> 3000 Marcus Avenue, Suite 2E1
> Lake Success, New York 11042
> (516) 775-5800
>
> BY: _____
>   Heather L. Smar (4622)