UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER          :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
------------------------------------------------------------------X
SLAWOMIR PESKI (AND WIFE, JANINA        :   08-CV-02688-AKH
PESKA),                                 :
                       Plaintiffs,      :   **APPEARANCE**
                                        :
         - against -                    :   **ELECTRONICALLY FILED**
                                        :
100 CHURCH, LLC, *et al.*,              :
                                        :
                       Defendants.      :
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York             DICKSTEIN SHAPIRO LLP
        June 30, 2008

                              By:      /s/ Judith R. Cohen
                                    _____
                                    Judith R. Cohen (JC-8614)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501

                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.