x:\tc52496\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
SLAWOMIR PESKI AND JANINA PESKA,

                          Plaintiffs,

      -against-

100 CHURCH, LLC, 111 WALL STREET LLC, 160
WATER ST., INC., 160 WATER STREET ASSOCIATES,
230 CENTRAL CO., LLC, 233 BROADWAY OWNERS,
LLC, 90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN D/B/A KASCO, AMBIENT GROUP,
INC., AMERICAN EXPRESS BANK, LTD, AMERICAN
EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY, INC., ANN TAYLOR
STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BFP ONE
LIBERTY PLAZA CO., LLC., BPF TOWER C CO. LLC.,
BFP TOWER C MM LLC., BLACKMON-MOORING-
STEAMATIC CATASTROPHE, INC. D/B/A BMS CAT,
BOSTON PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS
LP, BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC., CITIBANK,
NA, CITIGROUP, INC., CUNNINGHAM DUCT
CLEANING CO., INC., CUSHMAN & WAKEFIELD
111 WALL, INC., CUSHMAN & WAKEFIELD, INC.,
ENVIROTECH CLEAN AIR, INC., G.L.O. MANAGEMENT,
INC., GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN

NOTICE OF
ADOPTION

08 CIV 2688

ENVIRONMENTAL GROUP, LLC, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., LAW ENGINEERING
P.C., LEHMAN BROTHERS HOLDINGS, INC., LEHMAN
BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC.,
MERRILL LYNCH & CO., INC., NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP,
NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC., ONE
LIBERTY PLAZA, ONE WALL STREET HOLDINGS, LLC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC,
STATE STREET BANK AND TRUST COMPANY, AS
OWNER TRUSTEE OF ZSF/OFFICE NY TRUST,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THE BANK OF NEW YORK
COMPANY, INC., THE BOARD OF MANAGERS OF THE
ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178),
THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO
#1178), TOSCORP INC., TRAMMELL CROW COMPANY,
TRAMMELL CROW CORPORATE SERVICES, INC., TRC
ENGINEERS, INC., TUCKER ANTHONY, INC., WESTON
SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO., L.P.,
WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP RETAIL
CO. G.P. CORP., WFP RETAIL CO. L.P., WFP TOWER A CO.,
WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P.,
WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING
CO., LP, WFP TOWER B. CO., L.P., WORLD FINANCIAL
PROPERTIES, LP. AND ZAR REALTY MANAGEMENT
CORP., ET AL

                                    Defendants.
-------------------------------------------------------------------------X

    PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       July 17, 2008

_____
WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600