Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
160 WATER STREET ASSOCIATES, INC.
and G.L.O. MANAGEMENT, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

SLAWOMIR PESKI (AND WIFE, JANINA          Index No.: 08-CV-2688
PESKA),

                             **NOTICE OF ADOPTION OF ANSWER**
               Plaintiff(s),    **TO MASTER COMPLAINT**

    -against-                           **ELECTRONICALLY FILED**

100 CHURCH, LLC, *et al.*,

                  Defendant(s).
-------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendants, 160 WATER STREET ASSOCIATES, INC.

and G.L.O. MANAGEMENT, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and

for their Response to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

their Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re*

*World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the Defendants, 160 WATER STREET ASSOCIATES, INC. and G.L.O.
MANAGEMENT, INC., demand judgment dismissing the above-captioned action as against

them, together with costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
      May 23, 2008

                       Yours etc.,

                       McGIVNEY & KLUGER, P.C.
                       Attorneys for Defendants
                       160 WATER STREET ASSOCIATES, INC. and
                       G.L.O. MANAGEMENT, INC.

                       By:
                       Richard E. Leff (RL-2123)
                       80 Broad Street, 23rd Floor
                       New York, New York 10004
                       (212) 509-3456

TO:   WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel